STATE OF NORTH CAROLINA v. HAYWOOD BLAKENEY

No. 7420SC843

(Filed 4 December 1974)

APPEAL by defendant from *Copeland, Judge,* 15 April 1974 Session of Superior Court held in UNION County. Argued before the Court of Appeals 19 November 1974.

Defendant was charged in a bill of indictment with common law robbery. A plea of not guilty was entered, and a verdict of guilty as charged was returned. From an active sentence of not less than six years nor more than ten years imposed thereon, the defendant gave notice of appeal.

*Attorney General Carson, by Assistant Attorney General Sloan, for the State.*

*James E. Griffin, for the defendant-appellant.*

BROCK, Chief Judge.

Defendant, on appeal, has abandoned each assignment of error and presents the record for review for possible errors. We have reviewed the record. It is our opinion that defendant had a fair trial free from prejudicial error.

No error.

Judges BRITT and PARKER concur.